

Reed Smith LLP
Princeton Forrestal Village
136 Main Street - Suite 250
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

**Aaron M. Bender**
Direct Phone: +1 609 514 5955
Email: abender@reedsmith.com

May 9, 2013

**Via ECF and Electronic Mail (njdnef_mannion@njd.uscourts.gov)**
The Honorable Judge Steven C. Mannion
United States Magistrate Judge for the District of New Jersey
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street, Room MLK 4A
Newark, NJ 07101

Re:   **Patient Care Associates LLC a/s/o J.G. v. Merck & Co. et al**
      **Civil Action No. 2:13-cv-02569-ES-SCM**

Dear Judge Mannion:

      This firm represents the Defendant Merck & Co., Inc. (improperly named as Merck & Co.), ("Merck") in the above-referenced litigation. I write to respectfully request a 30-day extension of time to answer, move, or otherwise respond to plaintiff's Complaint. This extension will provide Merck additional time to investigate the allegations in this matter, allow the claims fiduciary time to finalize their review of an appeal submitted by Plaintiff, and to allow the parties an opportunity to explore settlement.

      We have contacted plaintiff's counsel, Andrew R. Bronsnick, Esq., and he consents to this request.

      Defendant's deadline is May 13, 2013. If Your Honor grants this extension request, defendant will answer, move, or otherwise respond to the Complaint on or before June 12, 2013.

      Thank you for your consideration of this request.

Respectfully Submitted,

*s/Aaron M. Bender, Esq.*
AARON M. BENDER

AMB/cat

cc:   Andrew R. Bronsnick, Esq. (via ECF, and Electronic Mail abronsnick@massoodlaw.com)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE
Nanette W. Mantell ♦ Office Administrative Partner ♦ A Limited Liability Partnership formed in the State of Delaware